UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 08-722-JLL |
| v. | : CONTINUANCE ORDER |
| ADAM SUMMERS and KWAME SUMMERS | : |

This matter having been opened to the Court by defendant Kwame Summers (Cynthia H. Hardaway, Esq., appearing), and Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress. The successful completion of such negotiations may render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 17th day of June, 2009,

ORDERED that the proceedings in the above-captioned matter are continued from May 29, 2009 through August 29, 2009;

1

IT IS FURTHER ORDERED that the period between May 29, 2009 through August 29, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant intends to file motions, his motions shall be filed no later than July 20, 2009;

IT IS FURTHER ORDERED that any opposition by the Government to defendant's motions shall be filed no later than August 3, 2009;

IT IS FURTHER ORDERED that any reply by the defendant to the Government's opposition shall be filed no later than August 17, 2009;

IT IS FURTHER ORDERED that the trial in this matter will commence on August 26, 2009.

HONORABLE JOSE L. LINARES
United States District Judge

Requested and Agreed to by:

Cynthia H. Hardaway, Esq.

Anthony J. Mahajan, AUSA

2